BEFORE: E. THOMAS BOYLE  DATE: APRIL 19, 2011
UNITED STATES MAGISTRATE JUDGE  TIME: 10:30 A.M.

ASSIGNED JUDGE: **SEYBERT**

DOCKET NO. **CV-10-1275** CASE: **AIOSSA V. BANK OF AMERICA, N.A.**

### CIVIL CONFERENCE

Initial__ Status__ Discovery___ Settlement _____ Final Pre-trial ____

Motion: PRE-MOTION CONFERENCE

Automatic Discovery: Has been (_____)    Has Not Been (_____) Completed.

APPEARANCES:  Plaintiff                              Defendant
              Derek Sells                            Caroline F. Turcotte
                                                     Ivan R. Novich

\* Discovery completed by _____

\*The discovery completion date specified in any pre-trial order is the last day to serve discovery responses. To be timely, discovery requests must be served sufficiently in advance of the discovery completion date for responses to be served prior to the discovery completion date.

Next _____ conference _____

Pre-Trial Order filed by _____

    Plaintiff   _____

    Defendant   _____

THE FOLLOWING RULINGS WERE MADE:

1. Plaintiff(s) shall serve all automatic disclosure (Rule 26(a)(1)) by _____
   Defendant(s) shall serve all automatic disclosure (Rule 26(a)(1)) by _____

2. The parties shall serve document production/interrogatory demands by _____
   The parties shall respond to outstanding document production/
   interrogatories by _____

Leave to file a motion (for msj) is granted.
So ordered.
T.D.

/s/ E. Thomas Boyle, U.S.M.J.